UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-25 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | ORDER |
| v.    ) | |
| ) | |
| JOHN DOUGLAS WHITROCK,    ) | |
| ) | |
| Defendant.    ) | |

Upon the application of the defendant, and for good cause shown, the time for filing any notice of appeal from the sentence and judgment is hereby extended to October 27, 2005, thirty days or less from the date the appeal was due.


Dated:   9/20/05         s/Richard H. Kyle
                         Richard H. Kyle
                         United States District Judge